(December 19, 1939.)

A. J. P. CONTRACTING CORP. and 74 JACKSON CORP., Appellants, v. BROOKLYN BUILDERS SUPPLY COMPANY, Defendant; REYNOLDS CORPORATION and REYNOLDS METALS COMPANY, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

GEORGE BUSCH and JOHN HILLIARD, Respondents, v. LOUIS F. LICHT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

DOMENICK DeSIMONE, Appellant, v. THE CITY OF NEW YORK, Respondent, and Others, Defendants.— Motion to direct acceptance of notice of appeal granted. An issue of fact is presented with respect to service of the judgment with notice of entry and, under the circumstances, we are of opinion that plaintiff should be given an opportunity to prosecute his appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

ANNE M. GORMAN and Another, Plaintiffs, v. R. H. MACY & Co., INC., Appellant, and SCHARF BROTHERS Co., INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of RICHARD H. BRUCHHAUSEN, Appellant, against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of ISABEL NICHOLS, as Executrix of LEO PLACID BURROWS, Late of the City of Yonkers, Deceased. RALPH EARL PRIME, JR., and Another, as Trustees under the Last Will and Testament of RALPH E. PRIME, Deceased, Appellants; ISABEL NICHOLS, as Executrix, etc., of LEO PLACID BURROWS, Deceased, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of GEORGE PARKHURST, Appellant, for a Mandamus Order against THE WESTCHESTER COUNTY PARK COMMISSION and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Petition of ROSE COLE to Render and Settle Her Account as the Administratrix of MARY SULLIVAN, Also Known as MARY RICHTER, Deceased. ROSE COLE, as Administratrix, etc., of MARY RICHTER, Deceased, Appellant; CHARLES SULLIVAN and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.